JS6

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

DANIEL GUSS,

       Plaintiff,

      v.

CITIBANK, N.A.,

        Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

**Case No. 2:22-cv-00963-RGK-MAR**

**[PROPOSED] ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE** [14]

The Court, having reviewed and considered the Stipulation of Dismissal with Prejudice Pursuant to Fed. R. Civ. P. 41, and finding good cause, the Stipulation is **GRANTED.**  All claims and causes asserted by Plaintiff Daniel Guss in this matter against Citibank, N.A. **ARE DISMISSED WITH PREJUDICE** with each party to bear their own costs and fees.

Dated:    March 18, 2022

_____
Honorable R. Gary Klausner
United States District Judge

[PROPOSED] ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE
Case No. 2:22-cv-00963-RGK-MAR

LA 52650625

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067–3086